```
1  LAWRENCE G. BROWN
   Acting United States Attorney
2  KAREN A. ESCOBAR
   Assistant U.S. Attorney
3  2500 Tulare Street
   Fresno, California 93721
4  Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:08-cr-0212 OWW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| GURMEET BISLA, | ) | |
| | ) | |
| Defendant. | ) | |

Having read and considered the parties' stipulation to reset the deadline for the filing of the government's responses to defendant BISLA's pending motion,

IT IS THE ORDER of the Court that the February 10 deadline for the filing of the government's responses is hereby vacated and the deadline for the filing of the response is February 18. The status conference and hearing on the motion remains set for February 23 at 9:00 a.m.

IT IS SO ORDERED.

**Dated:   February 6, 2009**          /s/ Oliver W. Wanger
                                    UNITED STATES DISTRICT JUDGE

1