```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  KAREN A. ESCOBAR
    Assistant U.S. Attorney
 3  2500 Tulare St.
    Fresno, California  93721
 4  Telephone:  (559) 497-4000
 5
 6
 7              IN THE UNITED STATES DISTRICT COURT FOR THE
 8                     EASTERN DISTRICT OF CALIFORNIA
 9
10  UNITED STATES OF AMERICA,   )   1:08-CR-0212 OWW
                                )
11              Plaintiff,      )   ORDER DENYING DEFENDANT BISLA'S
                                )   MOTION TO SUPPRESS STATEMENTS
12       v.                     )   AND EVIDENCE
                                )
13  GURMEET BISLA,              )
                                )
14                              )
                Defendant.      )
15                              )
    _____)
16
17
         This matter came before the Court on the Defendant's Motion
18
    to Suppress Statements filed herein on January 20, 2009 and
19
    Defendant's Motion to Suppress Evidence filed herein on March 23,
20
    2009.  The Court having read and considered the pleadings,
21
    testimony, and exhibits filed and/or admitted herein, and having
22
    heard the arguments of counsel,
23
         IT IS HEREBY ORDERED that the defendant's suppression motions
24
    are denied for the reasons stated orally in a statement of
25
    decision on the record after the evidentiary hearing held before
26
    this Court on April 21, 2009.
27
28

                                   1
```

1 | IT IS SO ORDERED.
2 | Dated:   April 27, 2009                      /s/ Oliver W. Wanger
                                                UNITED STATES DISTRICT JUDGE