```
LAWRENCE G. BROWN
Acting United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California  93721
Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:08CR212 OWW |
| | ) | |
| Plaintiff, | ) | ORDER RE: GOVERNMENT'S MOTION |
| | ) | IN LIMINE TO EXCLUDE DEFENDANT |
| v. | ) | BISLA'S NON-SELF-INCULPATORY |
| | ) | HEARSAY STATEMENTS |
| GURMEET BISLA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Having considered the government's motion in limine to exclude defendant Gurmeet Bisla's non-self-inculpatory hearsay statements, along with the argument of counsel on May 26, 2009,

IT IS THE ORDER OF THE COURT that the defendant's non-self-inculpatory hearsay statements are not admissible.

IT IS SO ORDERED.

Dated:   June 11, 2009                      /s/ Oliver W. Wanger
                                         UNITED STATES DISTRICT JUDGE