```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  KAREN A. ESCOBAR
    Assistant U.S. Attorney
 3  2500 Tulare Street
    Fresno, California  93721
 4  Telephone:  (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 1:08CR212 OWW |
|---|---|---|
| Plaintiff, | ) | PROPOSED ORDER RE: GOVERNMENT'S NOTICE OF INTENTION TO OFFER EVIDENCE OF DEFENDANT BISLA'S PRIOR CONVICTIONS TO IMPEACH AT TRIAL |
| v. | ) | |
| GURMEET BISLA, | ) | |
| Defendant. | ) | |

Having considered the government's notice of intention to offer evidence of defendant Gurmeet Bisla's prior convictions for Obstruction of Justice by Furnishing False Information, a felony, and Assault with a Deadly Weapon, a felony, along with the oral argument of counsel on June 1, 2009,

IT IS HEREBY ORDERED that the defendant's obstruction of justice conviction is admissible to impeach the defendant should he testify at trial.

////

////

////

IT IS FURTHER ORDERED that the defendant's assault with a deadly weapon conviction is not admissible but may be revisited upon further showing by the government at trial.

IT IS SO ORDERED.

**Dated:   June 11, 2009**               /s/ Oliver W. Wanger
                                      UNITED STATES DISTRICT JUDGE