<pre>
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
</pre>

| UNITED STATES OF AMERICA, | ) | Case No. 1:08-cr-00212-OWW |
|---|---|---|
| Plaintiff, | ) | Sentencing Date: September 14, 2009 |
| v. | ) | Time:  1:30 PM |
| **GURMEET BISLA,** | ) | |
| Defendant. | ) | O R D E R |

**ORDER**

**IT IS SO ORDERED.** Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(1)(F) and 3161(h)(8)(A).

This matter is reset for sentencing on December 14, 2009 at 1:30 PM in courtroom 3 on the 7th floor, before Judge Oliver W Wanger.

DATED: August 11, 2009              _/s/ OLIVER W WANGER_____
                                    Hon. Oliver W. Wanger
                                    District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com