**MARIO DISALVO, ESQ.**
California State Bar No. 199113
DISALVO LAW OFFICE
1332 E. Olive Avenue
Fresno, California  93728
Telephone:  (559) 442-1552
Facsimile     (559) 442-1567
Mario@disalvolaw.com

Attorney for GURMEET BISLA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

(**HONORABLE OLIVER W. WANGER**)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08-cr-00212-OWW |
| ) | |
| Plaintiff, ) | Sentencing Date:  December 21, 2009 |
| ) | Time:                       1:30 PM |
| v. ) | |
| ) | STIPULATION TO CONTINUE SENTENCING; |
| **GURMEET BISLA,** ) | AND ORDER THEREON |
| ) | |
| Defendant. ) | |
| _____) | |

    **IT IS HEREBY STIPULATED,** by and between the parties hereto, and through their respective attorneys of record herein, that the hearing in the above-captioned matter scheduled for December 21, 2009, **may be continued to March 1, 2010, at the hour of 1:30 PM.**
The grounds for the continuance are that counsel for the defense has just been retained on the matter and counsel seeks to request the trial transcripts in this case in order to review the matter prior to the imposition of sentence.

    Counsel has been provided voluminous discovery materials from Attorney Roger Litman's office along with the actual transcript from the trial, completed by the court reporter Karen Lopez and counsel anticipates that the preparation and review of the trial transcripts would take a considerable amount of time.

PDF created with pdfFactory trial version www.pdffactory.com

AUSA Karen Escobar agreed to the continuance. The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(1)(F) and 3161(h)(8)(A).

                                                         Respectfully submitted,

Dated:  November 17, 2009                   **/S/ Mario DiSalvo**
                                                         MARIO DISALVO, Esq.
                                                         Attorney for GURMEET BISLA

                                                         LAWRENCE G. BROWN
                                                         Acting United States Attorney

Dated: November 17, 2009                  **/S/ Karen Ann Escobar**
                                                         Karen Ann Escobar, Esq.
                                                         Assistant US Attorney

## ORDER

**IT IS SO ORDERED.** Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(1)(F) and 3161(h)(8)(A).

This matter is reset for sentencing on March 1, 2010 at the hour of 1:30 PM.

DATED:     11/20/2009                                               _/s/ OLIVER W. WANGER_____
                                                                                  Hon. Oliver W. Wanger
                                                                                  District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com
                   07-cr-00274 JLO