Mario DiSalvo, Esq. SBN 199113
Attorney at Law
1332 E. Olive Avenue
Fresno, California 93728
Phone (559) 442-1552
Facsimile (559) 442-1567

Attorney for GURMEET BISLA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE NO. 08 CR 00212 OWW |
| ) | |
| Plaintiff(3), ) | DEFENDANT GURMEET BISLA'S |
| ) | JOINDER OF APPLICATION TO |
| vs. ) | EXTEND TIME FOR FILING OF |
| ) | MOTION FOR A TRIAL, FOR |
| GURMEET BISLA, ) | DIRECTED VERDICT OF |
| ) | ACQUITTAL AND FOR |
| Defendant(S), ) | SENTENCING;SUPLEMENTAL |
| ) | DECLARATION OF MARIO DISALVO |
| ------------------------------------------------------) | |

**TO THE ABOVE-ENTITLED COURT AND TO THE INTERESTED PARTIES:**

Defendant, GURMEET BISLA, by and through undersigned counsel, will and hereby does join in the *Application to Extend Time for Filing of Motion for New Trial, for Directed Verdict of Acquittal, and for Sentencing*, previously filed with the court by Defendant SUKHRAJ DHALIWAL. Included in the above-mentioned motion for joined is the Declaration of Mario DiSalvo.

Date: December 7, 2009

*/S/ Mario DiSalvo*,
Mario DiSalvo, Esq.
Attorney for Defendant
GURMEET BISLA

PDF created with pdfFactory trial version www.pdffactory.com

1  I am an attorney for Gurmeet Bisla

2      GURMEET BISLA was found guilty on 6/25/09.

3      GURMEET BISLA has not been sentenced yet.

4      Out office has been retained almost a month after the verdict, on 7/22/09

5      Our office received voluminous discovery from the previous counsel one week after

6  our office has been retained.

7      Since then, our office was and still is in the process of reviewing the entire voluminous

8  pretrial and trial discovery.

9      On November 12, 2009, out office received access to the transcripts of the trail

10  hearing.

11      Since then, we printed the transcripts and are presently reviewing 1278 pages of the

12  trial transcripts.

13      At this time, we are reviewing the voluminous discovery.

14      On 7/22/09 our office has been retained by the family of Gurmeet Bisla.

15      While interviewing the family, I became that Mr. Bisla might have been suffering from

16  various psychiatric illnesses, stemming from his childhood.

17      We began investigation the possibility of obtaining Mr. Bisla's medical records, however

18  some of the records are in India, where Mr. Bisla was born.

19      In late November family members of Mr. Bisla traveled to India in an attempt to collect

20  pertinent medical information.

21      At present, family members inform me that they are collecting medical history information

22  from doctors and hospitals in India.

23      At this time the time for the motion for application for Extension of

24  Time, has been set for 12/14/09.
    Defendant requests that the deadline for the new motions for new trial

25  and for acquittal be extended to February 22, 2010, or such other date as the

26  court may deem appropriate.

27  Date: 12/05/09                                        MARIO DISALVO, ESQ
                                                                   /s/ Mario DiSalvo

28

Mario DiSalvo, Esq.
1332 E. Olive Avenue
Fresno, California 93728
Phone (559) 442-1552

PDF created with pdfFactory trial version www.pdffactory.com

Mario DiSalvo, Esq. SBN 199113
Attorney at Law
1332 E. Olive Avenue
Fresno, California 93728
Phone (559) 442-1552
Facsimile (559) 442-1567

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO. 08 CR 00212 OWW |
| | ) | |
| Plaintiff(3), | ) | DEFENDANT GURMEET BISLA'S |
| | ) | JOINDER OF APPLICATION TO |
| vs. | ) | EXTEND TIME FOR FILING OF |
| | ) | MOTION FOR A TRIAL, FOR |
| GURMEET BISLA, | ) | DIRECTED VERDICT OF |
| | ) | ACQUITTAL AND FOR |
| Defendant(S), | ) | SENTENCING;SUPLEMENTAL |
| | ) | DECLARATION OF MARIO DISALVO |
| -------------------------------------------------- | ) | |

ORDER:

Based on the above, and good cause appearing therefore it is hereby ordered that the deadline for filing motions for new trial and for acquittal by Defended GURMEET BISLA is extended to February 22, 2010. Sentencing of Defendant GURMEET BISLA remains on March 1, 2010.


IT IS SO ORDERED

DATED: December 10, 2009          /s/ OLIVER W. WANGER

                                  OLIVER W. WANGER
                                  Senior United States District Judge.