```
UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA


UNITED STATES OF AMERICA,      )    1:08-cr-0212 OWW
                               )
          Plaintiff,           )    ORDER GRANTING GOVERNMENT'S
                               )    MOTION TO CONTINUE RULE 33
     v.                        )    HEARING (DOC. 278)
                               )
HARJEET MANN,                  )
SUKHRAJ DHALIWAL, and          )
GURMEET BISLA,                 )
                               )
          Defendants.          )
                               )
_____)
```

Before the Court is the motion of the government to continue the FedRCrimP motions in this case for hearing to March 15, 2010. The government's counsel correctly notes that she was not consulted and had no input into the setting of the current hearing date for motions and/or sentencing.

For good cause shown, the government's motion to continue the hearing of the subject motions to March 15, 2010 is GRANTED.

The sentencing of Defendants shall be heard March 22, 2010 at 1:30 p.m. in Courtroom 3.

IT IS SO ORDERED.

Dated:   January 14, 2010              /s/ Oliver W. Wanger
                                    UNITED STATES DISTRICT JUDGE

1