**MARIO DISALVO, ESQ.**
California State Bar No. 199113
DISALVO LAW OFFICE
1332 E. Olive Avenue
Fresno, California  93728
Telephone: (559) 442-1552
Facsimile    (559) 442-1567
mario@disalvolaw.com

Attorney for GURMEET BISLA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

(**HONORABLE OLIVER W. WANGER**)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 08-cr-00212-OWW |
| Plaintiff, | |
| v. | STIPULATION TO CONTINUE SENTENCING; AND ORDER THEREON |
| **GURMEET BISLA,** | |
| Defendant. | Sentencing Date: March 15, 2010<br>Time:                  9:00 AM |

To the Honorable Oliver W. Wanger, Judge of the above-entitled court, to Lawrence G. Brown, United States Attorney, and to Karen A. Escobar and Deanna L. Martinez, Assistant U.S. Attorneys:

**IT IS HEREBY STIPULATED,** by and between the parties hereto, and through their respective attorneys of record herein, that the hearing in the above-captioned matter scheduled for **March 1, 2010, may be continued to March 15, 2010, at the hour of 9:00 AM or at what ever time the court desires.**

The grounds for set continuous are, by mutual agreement of the parties, that March 15, 2010 is an agreeable date for hearing on the Rule 29/33 motion to be filed forthwith by the defendant and/or in the alternative, sentencing in this matter.

1
2   AUSA Karen Escobar agreed to the continuance.  However, on the issue of "timeliness" of a Rule 29/33
3   motion, an issue has arisen and has been briefed by the parties hereto. The parties agree that the delay
4   resulting from the continuance shall be excluded in the interests of justice herein for effective defense
5   preparation pursuant to 18 U.S.C. §§ 3161(h)(1)(F) and 3161(h)(8)(A).
6
7                                                                      Respectfully submitted,
8
9   Dated:  February 1, 2010                              **/S/ Mario DiSalvo**
                                                          MARIO DISALVO, Esq.
10                                                        Attorney for GURMEET BISLA
11
12
                                                          LAWRENCE G. BROWN
13                                                        Acting United States Attorney
14
    Dated: February 1, 2010                               **/S/ Karen Ann Escobar**
15                                                        Karen Ann Escobar, Esq.
                                                          Assistant US Attorney
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

(**HONORABLE OLIVER W. WANGER**)

| | |
|---|---|
| UNITED STATES OF AMERICA,          ) | Case No. 08-cr-00212-OWW |
|                                                                 ) | |
|         Plaintiff,                                        ) | Sentencing Date: March 15, 2010 |
|                                                                 ) | Time:                    9:00 AM |
| v.                                                           ) | |
|                                                                 ) | |
| **GURMEET BISLA,**                          ) | |
|                                                                 ) | O  R  D  E  R |
|         Defendant.                                    ) | |
| _____) | |

**ORDER**

**IT IS SO ORDERED.** Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(1)(F) and 3161(h)(8)(A).

This matter is reset for sentencing on March 15, 2010 at the hour of 9:00 AM.

DATED:      2/3/2010                                              /s/ OLIVER W.WANGER
                                                                                Hon. Oliver W. Wanger
                                                                                District Court Judge