1  **MARIO DISALVO, ESQ.**
   California State Bar No. 199113
2  DISALVO LAW OFFICE
   1332 E. Olive Avenue
3  Fresno, California  93728
   Telephone:  (559) 442-1552
4  Facsimile     (559) 442-1567
   mario@disalvolaw.com
5

6  Attorney for GURMEET BISLA

7

8

9                        UNITED STATES DISTRICT COURT

10                      EASTERN DISTRICT OF CALIFORNIA

11                      (**HONORABLE OLIVER W. WANGER**)

12
   UNITED STATES OF AMERICA,          )   Case No. 08-cr-00212-OWW
13                                     )
          Plaintiff,                   )
14                                     )   STIPULATION TO CONTINUE SENTENCING;
   v.                                  )   AND ORDER THEREON
15                                     )
   **GURMEET BISLA,**                  )
16                                     )
          Defendant.                   )   Sentencing Date:  May 24, 2010
17 _____)        Time:                   9:00 AM

18

19

20    To the Honorable Oliver W. Wanger, Judge of the above-entitled court, to Lawrence G. Brown, United

21    States Attorney, and to Karen A. Escobar and Deanna L. Martinez, Assistant U.S. Attorneys:

22
         **IT IS HEREBY STIPULATED,** by and between the parties hereto, and through their respective
23
   attorneys of record herein, that the hearing in the above-captioned matter scheduled for **April 26, 2010**, **may
24
25 be continued to May 24, 2010, at the hour of 9:00 AM or at what ever time the court desires.**

26
   The grounds for set continuous are, by mutual agreement of the parties, that May 24, 2010 is an agreeable date
27
   for hearing on the weather or not defendant was competent to stand trial.
28

AUSA Karen Escobar agreed to the continuance. The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(1)(F) and 3161(h)(8)(A).

Respectfully submitted,

Dated:  April 20, 2010      **/S/ Mario DiSalvo**
MARIO DISALVO, Esq.
Attorney for GURMEET BISLA


LAWRENCE G. BROWN
Acting United States Attorney

Dated: April 20, 2010      **/S/ Karen Ann Escobar**
Karen Ann Escobar, Esq.
Assistant US Attorney

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

(**HONORABLE OLIVER W. WANGER**)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08-cr-00212-OWW |
| ) | |
| Plaintiff, ) | Sentencing Date: May 24, 2010 |
| ) | Time: 9:00 AM |
| v. ) | |
| ) | |
| **GURMEET BISLA,** ) | |
| ) | O R D E R |
| Defendant. ) | |
| _____) | |

**ORDER**

**IT IS SO ORDERED.** Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(1)(F) and 3161(h)(8)(A).

This matter is reset for sentencing on May 24, 2010 at the hour of 9:00 AM.

IT IS SO ORDERED.

Dated: **April 21, 2010**          **/s/ Oliver W. Wanger**
                                                        UNITED STATES DISTRICT JUDGE