1  BENJAMIN B. WAGNER
   United States Attorney
2  KAREN A. ESCOBAR
   Assistant U.S. Attorney
3  2500 Tulare Street
   Fresno, California 93721
4  Telephone: (559) 497-4000



IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:08CR0212 OWW |
| Plaintiff, | ORDER |
| v. | |
| GURMEET BISLA, | |
| Defendant. | |

Having considered the government's application,

IT IS HEREBY ORDERED that the Watch Commander or other duly authorized personnel at the Fresno County Jail allow A.A. Howsepian, M.D., to have access to federal defendant Gurmeet Bisla, currently in custody of the U.S. Marshal Service at the Fresno County Jail, in order to conduct a mental examination.

DATED: July 15, 2010

_____
OLIVER W. WANGER
SENIOR UNITED STATES DISTRICT JUDGE

1