```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KAREN A. ESCOBAR
    Assistant U.S. Attorney
 3  2500 Tulare Street
    Fresno, California 93721
 4  Telephone:  (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 1:08-cr-0212 OWW |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION RE: |
| | ) | CONTINUANCE AND ORDER |
| GURMEET BISLA, | ) | |
| Defendant. | ) | |

Defendant GURMEET BISLA, by and through his attorney, MARIO DISALVO, and the United States of America, by and through its attorneys, BENJAMIN B. WAGNER, United States Attorney, and KAREN A. ESCOBAR, Assistant United States Attorney, hereby enter into the following stipulation:

1. The parties to the above-captioned matter agree to vacate the September 24, 2010, contested competency hearing and reset the matter for November 5, 2010, at 1:00 p.m.

2. The parties stipulate that the continuance is necessary to ensure continuity of defense counsel, who will be in San Francisco on a business-related matter and will not be available thereafter until the beginning of November due to

1

federal court appearances in Oklahoma and Iowa and a prescheduled vacation out of the country.

DATED: September 15, 2010                    Respectfully submitted,

                                             BENJAMIN B. WAGNER
                                             United States Attorney

                                             By: /s/ Karen A. Escobar
                                                KAREN A. ESCOBAR
                                                Assistant U.S. Attorney


                                             /s/Mario DiSalvo
                                             MARIO DISALVO
                                             Attorney for Defendant
                                             GURMEET BISLA

O R D E R

Having read and considered the foregoing stipulation,

IT IS THE ORDER of the Court that the current competency hearing date of September 24 is hereby vacated and is reset for November 5, 2010, at 1:00 p.m.

IT IS SO ORDERED.

**Dated:   September 16, 2010**              /s/ **Oliver W. Wanger**
                                             UNITED STATES DISTRICT JUDGE

2