BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:08-cr-0212 OWW |
| Plaintiff, ) | |
| v. ) | ORDER RE: COMPETENCY ASSESSMENT |
| GURMEET BISLA, ) | |
| Defendant. ) | Date: November 5, 2010<br>Time: 1:00 p.m.<br>Place: Courtroom Three<br>Honorable Oliver W. Wanger |

Having reviewed and considered the government's request for a ruling in advance of the competency hearing set in this matter for November 5, 2010, and in light of the authorities set forth in the government's pleading,

IT IS THE ORDER OF THE COURT THAT the defendant's attorneys, both current and former, may present their views concerning the competency of their client, which is not based on attorney-client communications and which is relevant to the competency hearing. Testimony about "objectively observable particularizations of the client's demeanor and attitude" does not implicate the attorney-client privilege and therefore a waiver of the privilege is not

1

1  necessary.  <u>United States v. Kendrick</u>, 331 F.2d 110, 114 (4th Cir.
2  1964); <u>see</u> <u>also</u> <u>United States v. Heinze</u>, 349 F.2d 67 (9th Cir.
3  1965).

IT IS SO ORDERED.

DATED: November 2, 2010          /s/ OLIVER W. WANGER
                                 United States District Judge