IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GURMEET BISLA,<br><br>　　　　　Defendant.<br>_____ | 1:08CR212 OWW<br><br>ORDER RE: DEFENDANT BISLA'S RULE 29 AND 33 MOTIONS |

　　Having considered defendant Gurmeet Bisla's motions filed herein pursuant to Rules 29 and 33 and his joinders in co-defendant Harjeet Mann's untimely Rule 29 and 33 motions filed herein, along with the government's oppositions thereto,

　　IT IS THE FINDING OF THE COURT THAT defendant Gurmeet Bisla has failed to timely file or preserve his motions for judgment of acquittal and new trial within the time limits set forth under Rules 29 and 33 of the Federal Rules of Criminal Procedure.

　　ACCORDINGLY, IT IS HEREBY ORDERED THAT defendant Gurmeet Bisla's motions and joinders are DENIED.

IT IS SO ORDERED.

Dated:   November 22, 2010　　　　　　　　　/s/ Oliver W. Wanger
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE