```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KAREN A. ESCOBAR
    Assistant U.S. Attorney
 3  2500 Tulare Street, Suite 4401
    Fresno, California  93721
 4  Telephone:  (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:08-cr-00212 OWW |
| | ) | |
| Plaintiff, | ) | GOVERNMENT'S APPLICATION FOR |
| | ) | COURT ORDER FOR PRODUCTION |
| | ) | OF RECORDS AND ORDER |
| v. | ) | |
| | ) | |
| GURMEET BISLA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The United States of America, by and through its attorneys, BENJAMIN B. WAGNER, United States Attorney, and KAREN A. ESCOBAR, Assistant U.S. Attorney, hereby applies to this Court for issuance of an order as set forth herein for the production of records to assist in the mental evaluation of the above-named defendant.

On November 24, 2010, this Court ordered a mental competency evaluation of the defendant by the Bureau of Prisons.  C.R. 419.

Dr. Kwanna Williamson of the Federal Correctional Complex, Federal Medical Center, at Butner, North Carolina, is conducting the ordered evaluation.  Recently, Dr. Williamson conducted AUSA Escobar to request records from SIS, FMC Butner for the recorded

1

1  prison calls of a duration of 14 minutes or more for the defendant
2  inmate from 2/23/11 to 6/12/11.  Dr. Williamson indicated that a
3  cross-section of such calls would assist with completion of the
4  forensic evaluation.
5      To that end, the government requests that the Court authorize
6  the issuance of an order for the production of these records.
7  Pursuant to the request of Dr. Williamson, the government believes
8  that said records are relevant to this action.  This application
9  is made in good faith and is not intended as a general fishing
10 expedition.  A proposed order is submitted herein.
11 DATED: June 23, 2011                    Respectfully submitted,
12                                         BENJAMIN B. WAGNER
                                           United States Attorney
13
                                           By: /s/ Karen A. Escobar
14                                            KAREN A. ESCOBAR
                                           Assistant U.S. Attorney
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

```
BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California  93721
Telephone:  (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:08-cr-00212 OWW |
| ) | |
| Plaintiff, ) | ORDER |
| ) | |
| v. ) | |
| ) | |
| GURMEET BISLA, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

The Court having reviewed the government's application for a court order for the production of records and good cause appearing therefor:

IT IS HEREBY ORDERED that SIS, FMC Butner produce to Dr. Kwanna Williamson, Federal Correctional Complex, Federal Medical Center P.O. Box 1600, Butner, NC 27509-1600, the recorded prison calls of a duration of 14 minutes or more for defendant inmate GURMEET BISLA from 2/23/11 to 6/12/11.  Said production shall occur no later than July 14, 2011.

///

///

3

IT IS SO ORDERED.

**Dated:   June 24, 2011**                             **/s/ Oliver W. Wanger**
                                                                            UNITED STATES DISTRICT JUDGE