BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California  93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:08cr212 OWW |
| | ) | |
| Plaintiff, | ) | ORDER |
| | ) | |
| v. | ) | |
| | ) | |
| GURMEET BISLA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The Court having reviewed the government's application for a court order for the production of records and good cause appearing therefor:

IT IS HEREBY ORDERED that SIS, FMC Butner and/or Dr. Kwanna Williamson, Federal Correctional Complex, Federal Medical Center P.O. Box 1600, Butner, NC 27509-1600, produce the recorded prison calls consisting of a duration of 14 minutes or more for defendant inmate GURMEET BISLA to Conduit Language Specialist for translation from Punjabi into English at the address provided by

////

////

1

1 the government.  Said production shall occur no later than
2 fourteen days from the date of this order.
3
4 IT IS SO ORDERED.
5
6 Dated:_August 17, 2011_           _/s/ OLIVER W. WANGER___
                                    OLIVER W. WANGER
7                                   Senior U.S. District Judge

2