1 **Woodrow Edgar Nichols, Jr. #142932**
    Attorney at Law
2     2141 Tuolumne, Ste "O"
    Fresno, CA 93721
3     (559) 228-3125

4

5 Attorney for: GURMEET BISLA

6              **UNITED STATES DISTRICT COURT**
             **EASTERN DISTRICT OF CALIFORNIA**
7
8 UNITED STATES OF AMERICA,   )  Case No. I:08-CR-0212-AWI
                                 )
                                 )
9                  Plaintiff  )  **STIPULATION TO CONTINUE STATUS**
                                 )  **CONFERENCE AND ORDER THEREON**
10              vs.          )
                                 )
11 GURMEET BISLA,             )
                                 )
12                 Defendant )
    _____)
13

14     IT IS HEREBY STIPULATED BY the parties through their

15 respective attorneys of record, that the status conference

16 currently set for February 21, 2012, at 9:00 a.m., in Courtroom 2,

17 be vacated and a new date set for the status conference, to which

18 the parties have agreed to be April 2, 2012, at 10:00 a.m., in

19 Courtroom 2.

20     All of Mr. Bisla's medical records are currently being

21 prepared by the staff of FMC Butner in North Carolina.  A six week

22 continuance should allow sufficient time for the staff to make a

23 copy and send it, and when it arrives, it can then be copied and

24 examined by the parties and be analyzed by their experts.  Neither

25 party will be prejudiced by the continuance.

26     The parties further agree that the delay caused by granting

27 this continuance shall be excluded in the interests of justice for

28 effective preparation pursuant to 18 U.S.C. sections 3161(h)(1)(F)

and 3161(h)(8)(A).

```
                                        Respectfully submitted,

DATED: February 15, 2012                /s/ Woodrow E. Nichols, Jr.
                                        WOODROW E. NICHOLS, JR.
                                        Attorney for Defedant
                                        GURMEET BISLA


                                        Respectfully submitted,

DATED: February, 15, 2012               /s/ Karen A. Escobar
                                        KAREN A. ESCOBAR
                                        Assistant U.S. Attorney
```

**ORDER**

**GOOD CAUSE APPEARING, IT IS SO ORDERED.** Time is hereby excluded pursant to 18 U.S.C. sections 3161(h)(1)(F) and 3161(h)(8)(A) and this matter is reset to April 2, 2012, at 10:00 a.m., in Courtroom 2.

IT IS SO ORDERED.

Dated:     February 15, 2012
                                        CHIEF UNITED STATES DISTRICT JUDGE

2