BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:08-cr-0212 AWI |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION RE: |
| ) | CONTINUANCE AND ORDER |
| GURMEET BISLA, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

    Defendant GURMEET BISLA, by and through his attorneys, MARIO DISALVO and WOODROW NICHOLS, and the United States of America, by and through its attorneys, BENJAMIN B. WAGNER, United States Attorney, and KAREN A. ESCOBAR, Assistant United States Attorney, hereby enter into the following stipulation:

    1.  The parties to the above-captioned matter agree to vacate the September 10, 2012, sentencing hearing and reset the matter for September 24, 2012, at 10:00 a.m.

    2.  The parties stipulate that the continuance is necessary to allow BOP Dr. Kwanna Williamson to review the information and records submitted by Defendant's expert, Dr. Terrell.  Dr. Williamson has been on leave and unable to review

1

the most recent submission.  Dr. Williamson is scheduled to return on Monday, September 24.

DATED: September 5, 2012                    Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Karen A. Escobar
   KAREN A. ESCOBAR
   Assistant U.S. Attorney


/s/Mario DiSalvo
MARIO DISALVO/WOODROW NICHOLS
Attorneys for Defendant
GURMEET BISLA

### O R D E R

Having read and considered the foregoing stipulation,

IT IS THE ORDER of the Court that the current sentencing hearing date of September 10 is hereby vacated and is reset for September 24, 2012, at 10:00 a.m.

IT IS SO ORDERED.

Dated:    September 6, 2012            _____
                                       CHIEF UNITED STATES DISTRICT JUDGE

2