UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GURMEET SINGH BISLA,<br><br>　　　　Defendant | No. 1:08-cr-00212 AWI - 004<br><br>**ORDER REDUCING SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)** |

　　　　This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2). Defendant was convicted of conspiracy to distribute cocaine and conspiracy to possess with the intent to distribute more than 5 kilograms but less than 15 kilograms, of cocaine, in violation of 21 U.S.C. §§ 841 and 846. Docs. 488 at 1, 499 at 13. The sentencing court sentenced defendant to a term of 192 months imprisonment in the custody of the Bureau of prisons. The parties agree and, as described below, the Court finds that Mr. Bisla is entitled to the benefit of Amendment 782.

　　　　The sentencing court found a base offense level of 32 pursuant to U.S.S.G. § 2D1.1, as the quantity of cocaine attributable to this defendant exceeded 10 kilograms but was less than 15 kilograms.[1] *See* U.S.S.G. §2D1.1(c)(4) (2008) (setting an offense level of 32 for any offense involving more than 5 kilograms but less than 15 kilograms of cocaine); Doc. 499 at 13. Defendant had a criminal history category of IV. The guideline range was 168 to 210 months. The sentencing court noted that the leader of the conspiracy was sentenced to 292 months and the other two codefendants—both of whom had fewer criminal history points than defendant—

---

[1] The presentence report noted that the underlying conspiracy involved at least 202 kilograms of cocaine from multiple transactions. However, the sentencing court determined that it would sentence the defendant based only on the transaction that led to his arrest. Doc. 499 at 13.

were sentenced to 84 and 120 months, respectively. Recognizing the need for consistency in sentence, the sentencing court sentenced the defendant to 192 months in custody. Under the amended guidelines, an offense level of 30 applies where the quantity of cocaine is or exceeds 5 kilograms but is less than 15 kilograms. U.S.S.G. § 2D1.1(c)(5) (2015). With an amended offense level of 30 and a criminal history category of IV, the defendant's amended guideline range is 135 to 168 months.   The application of Amendment 782 results in a lower sentencing range.

This Court has considered the Section 3553(a) factors and, for the same reasons that the sentencing court ordered a sentence in the middle of the Guideline Range at the defendant's sentencing on November 13, 2012,, the Court finds that the Section 3553(a) factors support a sentence at the middle of the amended guideline range.

IT IS HEREBY ORDERED that the defendant's term of imprisonment imposed on November 13, 2012, is reduced to a term of 150 months.  If this sentence is less than the amount of time the defendant has already served as of the date of this order, the sentence is reduced to a time served sentence.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect.  The clerk shall forthwith prepare an AO247 form reflecting the above reduction in sentence, and shall serve certified copies of the AO247 on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Bisla shall report to the United States Probation Office within seventy-two hours after his release.

The Clerk of the Court is respectfully directed to terminate this defendant and close the case.

IT IS SO ORDERED.

Dated:   June 6, 2016                                   _____
                                                                            SENIOR DISTRICT JUDGE