AO 247 (Rev. 11/11)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

Case 1:08-cr-00212-AWI   Document 518   Filed 06/23/16   Page 1 of 1

# UNITED STATES DISTRICT COURT
for the

Eastern District of California

United States of America )
v. )
GURMEET SINGH BISLA )   Case No: 1:08-CR-00212-004 AWI
)
) USM No: 64261-097
Date of Original Judgment: 11/16/2012 )
Date of Previous Amended Judgment: ) Hannah Labaree
*(Use Date of Last Amended Judgment if Any)* *Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  192  months **is reduced to**  150  .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  11/16/2012  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  06/23/2016                    /s/ ANTHONY W. ISHII
                                            *Judge's signature*

Effective Date:  11/01/2015                Honorable Anthony W. Ishii
*(if different from order date)*           *Printed name and title*