ANTHONY P. CAPOZZI, CSBN: 068525
THE LAW OFFICE OF ANTHONY P. CAPOZZI
1233 West Shaw Avenue, Suite 102
Fresno, California 93711
Telephone:   (559) 221-0200
Facsimile:   (559) 221-7997
E-Mail:   Anthony@ capozzilawoffices.com
www.capozzilawoffices.com

Attorney for Defendant,
GURMEET SINGH BISLA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\*\*\*\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA. ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GURMEET SINGH BISLA ) <br> ) <br> Defendant. ) <br> ) <br>  ) | CASE NO.:  1:08-CR-0212 AWI-4 <br>            (1:16-CV-1890 AWI) <br><br> **DEFENDANT'S REQUEST TO OBTAIN COPY OF PRESENTENCE INVESTIGATION REPORT.** <br> **ORDER** |

**TO:   THE HONORABLE COURT AND TO THE ASSISTANT UNITED STATES ATTORNEY:**

   Defendant, GURMEET SINGH BISLA, has retained the services of attorney, Anthony P. Capozzi to review his case regarding a Petition for Relief pursuant to 28 U.S.C. § 2255.

   Defendant hereby request that the Court release a copy of his Presentence Investigation Report in the above-captioned case solely to his attorney, Anthony P. Capozzi, for use in conjunction with the preparation of his petition for relief.

   Per General Order No. 563, the Probation Office and the Clerk's office are authorized to Disclose to defense counsel "Presentence Investigation Reports, Statements of Reasons, and Judgments."  The Presentence Investigation Report is not a public document and therefore Requires an order from the court to be released.  Defense counsel is in need of the Presentence

Investigation Report to properly advise the Defendant regarding his petition for relief.

     Accordingly, defense counsel requests that this court release a copy of the Presentence Investigation Report solely to this attorney and allow counsel to use the report only in conjunction with the Petition for Relief pursuant to 28 U.S.C § 2255.

                                      Respectfully submitted,

DATED:  February 4, 2022,         By: */s/ Anthony P. Capozzi*

                                                ANTHONY P. CAPOZZI, Attorney for GURMEET SINGH BISLA

IT IS SO ORDERED.

Dated:  February 11, 2022                 _____
                                                  SENIOR  DISTRICT  JUDGE